1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10          SAN JOSE DIVISION

11

**United States District Court**
For the Northern District of California

12   ROBERTO ABALOS,                              **No. C 10-00016 RS**

13                 Plaintiff,                              **ORDER  TO SHOW CAUSE**

         v.

14   BANK OF AMERICA CORPORATION;
15   RECONSTRUCT COMPANY; and DOES 1
     through 10,

16                 Defendants.

17   _____/

18          Plaintiff Roberto Abalos ("Abalos") initiated this case by filing a complaint against

19   defendants Bank of America Corporation and Reconstruct Company[1] in Santa Clara Superior Court

20   in November 2009.  The complaint alleges violations of the Truth in Lending Act, 15 U.S.C. § 1601

21   *et seq.*, along with other state and federal claims, in relation to Abalos's residential mortgage loan

22   transaction.  Defendants removed the case to this Court in January 2010 and have moved to dismiss

23   for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6).

24          The motion to dismiss was filed January 11, 2010, and noticed for hearing on February 25,

25   2010.  Under Civil Local Rule 7-3(a), Rubio's opposition was due no less than 21 days before the

26

27   _____
     [1] According to defendants, Countrywide Home Loans, Inc., was erroneously sued as "Bank of
28   America Corporation," and Recontrust Company was erroneously sued as "Reconstruct Company."

                                                           1

hearing date.  No such opposition, however, has been received or served, and the due date has now passed.

The hearing scheduled for February 25, 2010, is hereby vacated.  No later than **March 4, 2010**, plaintiff shall file a response to this order showing cause why this action should not be dismissed in its entirety.  If defendants wish to file a reply to plaintiff's response, they should do so no later than **March 11, 2010**.  The parties shall appear for a show cause hearing in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, on **March 25, 2010, at 1:30 p.m.**  Failure by plaintiff to respond by the deadline herein or appear at the show cause hearing may result in summary dismissal.

IT IS SO ORDERED.

Dated:  02/22/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2