*E-Filed 02/22/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERTO ABALOS,<br><br>　　　　　Plaintiff,<br>　v.<br><br>BANK OF AMERICA CORPORATION; RECONSTRUCT COMPANY; and DOES 1 through 10,<br><br>　　　　　Defendants.<br>_____/ | **No. C 10-00016 RS**<br><br>**ORDER TO SHOW CAUSE** |

　　　　Plaintiff Roberto Abalos ("Abalos") initiated this case by filing a complaint against defendants Bank of America Corporation and Reconstruct Company[1] in Santa Clara Superior Court in November 2009. The complaint alleges violations of the Truth in Lending Act, 15 U.S.C. § 1601 *et seq.*, along with other state and federal claims, in relation to Abalos's residential mortgage loan transaction. Defendants removed the case to this Court in January 2010 and have moved to dismiss for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6).

　　　　The motion to dismiss was filed January 11, 2010, and noticed for hearing on February 25, 2010. Under Civil Local Rule 7-3(a), Rubio's opposition was due no less than 21 days before the

---

[1] According to defendants, Countrywide Home Loans, Inc., was erroneously sued as "Bank of America Corporation," and Recontrust Company was erroneously sued as "Reconstruct Company."

1

NO. C 10-00016 RS
ORDER TO SHOW CAUSE

hearing date. No such opposition, however, has been received or served, and the due date has now passed.

The hearing scheduled for February 25, 2010, is hereby vacated. No later than **March 4, 2010**, plaintiff shall file a response to this order showing cause why this action should not be dismissed in its entirety. If defendants wish to file a reply to plaintiff's response, they should do so no later than **March 11, 2010**. The parties shall appear for a show cause hearing in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California, on **March 25, 2010, at 1:30 p.m.** Failure by plaintiff to respond by the deadline herein or appear at the show cause hearing may result in summary dismissal.

IT IS SO ORDERED.

Dated: 02/22/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE