IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERTO ABALOS,<br><br>      Plaintiff,<br>v.<br><br>BANK OF AMERICA CORPORATION; RECONSTRUCT COMPANY; and DOES 1 through 10,<br>      Defendants. | **No. C 10-00016 RS**<br><br>**ORDER OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)** |

Plaintiff Roberto Abalos has moved for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a). Rule 41(a) allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(i); *see Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999). As defendants have neither answered nor moved for summary judgment, the Court will treat the instant motion as a notice of voluntary dismissal. The Clerk is directed to terminate plaintiff's motion and close this case.

IT IS SO ORDERED.

Dated: 03/25/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1