**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**\*E-Filed 03/25/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ROBERTO ABALOS,

               Plaintiff,

    v.

BANK OF AMERICA CORPORATION; RECONSTRUCT COMPANY; and DOES 1 through 10,

               Defendants.

—————————————————/

**No. C 10-00016 RS**

**ORDER  OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)**

     Plaintiff Roberto Abalos has moved for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).  Rule 41(a) allows a plaintiff to dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  Fed. R. Civ. P. 41(a)(i); *see Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1077 (9th Cir. 1999).  As defendants have neither answered nor moved for summary judgment, the Court will treat the instant motion as a notice of voluntary dismissal.  The Clerk is directed to terminate plaintiff's motion and close this case.

     IT IS SO ORDERED.

Dated:  03/25/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-00016 RS
ORDER OF DISMISSAL